

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00022-CV

PLEASANT GROVE INDEPENDENT SCHOOL DISTRICT, Appellant

V.

FIELDTURF USA INC. AND ALTECH, INC., Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 15C1318-102

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Court reporter Amanda J. Leigh recorded the trial court proceedings in appellate cause number 06-19-00022-CV, styled *Pleasant Grove Independent School District v. FieldTurf USA Inc. and Altech, Inc.*, trial court cause number 15C1318-102 in the 102nd Judicial District Court of Bowie County, Texas. The reporter's record was originally due in this matter on March 11, 2019. That deadline was extended twice by this Court, on Leigh's motions, resulting in the most recent due date of May 10, 2019. Although we warned Leigh that additional requests to extend the filing deadline would not be granted, absent extraordinary circumstances, she has nonetheless filed a third request for an extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

We, therefore, order Leigh to file the reporter's record in cause number 06-19-00022-CV, styled *Pleasant Grove Independent School District v. FieldTurf USA Inc. and Altech, Inc.*, trial court cause number 15C1318-102 in the 102nd Judicial District Court of Bowie County, Texas, to be received no later than June 10, 2019.

If the reporter's record is not received by June 10, we warn Leigh that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   May 14, 2019